**MONICA TINOCO**          *          **NO. 2023-CA-0051**

**VERSUS**          *          **COURT OF APPEAL**

**ALLAN TINOCO**          *          **FOURTH CIRCUIT**

                                     *          **STATE OF LOUISIANA**

                                     *

                                     *

* * * * * * *

*RDJ*

**JOHNSON, J., CONCURS IN THE RESULT**